UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RUTH COOPER, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>DART AREA RAPID TRANSIT, )<br>)<br>Defendant. ) | No. 3:14-CV-3832-B |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion to Dismiss Plaintiff's 3rd Amended Complaint for Failure to State a Claim,* filed April 27, 2015 (doc. 30) is **GRANTED**. By separate judgment, the federal claims against defendant Dallas Area Rapid Transit will be **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted, and the state law claims will be **DISMISSED without prejudice** to her pursuing them in state court.

SIGNED this 14th day of January, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE